UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **Karen Jimerson, et al.,**<br><br>                Plaintiffs;<br><br>v.<br><br>**Mike Lewis, et al.,**<br><br>                Defendants. | Case No. 3:20-cv-2826-L |

### JOINT AGREED STIPULATION FOR DISMISSAL OF DEFENDANT BEAUCHAMP

Plaintiffs, Karen Jimerson (individually and as "Next Friend" of minors Ja.J., Jy.J., X.P.), Ja.J. (a minor), Jy.J. (a minor), X.P. (a minor), and James Parks (individually and as "Next Friend" of minors Jy.J. and X.P.), and Defendant Zachary Beauchamp, file this Stipulation for Dismissal of Defendant Beauchamp. Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs and Defendant Beauchamp stipulate that Defendant Beauchamp is voluntarily dismissed with prejudice with each party bearing its own costs.

Further, upon the dismissal with prejudice of Defendant Beauchamp, Plaintiffs and Defendant Beauchamp agree that all pending motions between each other are made moot by the dismissal with prejudice of Defendant Beauchamp, and any such motion should be denied by the Court as moot without reaching the merits of same.

Respectfully submitted,

By: /s/ *Ernest (Skip) Reynolds III*
    ERNEST (SKIP) REYNOLDS III
    Texas Bar No. 16806300
    ereynolds3@aol.com
    **LAW OFFICES OF ERNEST (SKIP) REYNOLDS III**
    314 Main Street, Suite 202
    Fort Worth, Texas 76102
    Telephone: (817) 332-8850
    Facsimile:   (817) 332-8851

    ROSE L. ROMERO
    Texas Bar No. 17224700
    rose.romero@romerokozum.com
    **LAW OFFICE OF ROMERO KOZUB**
    235 N.E. Loop 820, Suite 310
    Hurst, Texas 76053
    Telephone: (682) 267-1351
    Facsimile:   (817) 887-2133

**ATTORNEYS FOR PLAINTIFFS**

By: /s/ *Christopher A. Klement*
    DARRELL G-M NOGA
    Texas Bar No. 00785326
    darrell@brownfoxlaw.com
    CHRISTOPHER A. KLEMENT
    Texas Bar No. 24090212
    chris@brownfoxlaw.com
    **BROWN FOX PLLC**
    8111 Preston Road, Suite 300
    Dallas, Texas 75225
    Telephone: (214) 327-5000
    Facsimile:   (214) 327-5001

**ATTORNEYS FOR DEFENDANT ZACHARY BEAUCHAMP**

## CERTIFICATE OF SERVICE

On March 9, 2021, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel and/or pro se parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

By: /s/ *Christopher A. Klement*
    CHRISTOPHER A. KLEMENT