IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KAREN JIMERSON; JJ; JJ; XP; and JP, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. **3:20-CV-2826-L** |
| MIKE LEWIS; JOHN DOE 1-20; BRENT DUNN; DUSTIN KOCH; ANDREW GONZALES; DERRICK YOUNG; BRIAN FULLER; STEPHEN SANDERS; JAMES LEWIS; OT GLIDEWELL; JAMES TAYLOR; DEREK BERRINGER; ZACH BEAUCHAMP; and JOHN DOE 1 through 9 Individually, | § § § § § § § § § § § § | |
| Defendants. | § | |

## **FINAL JUDGMENT**

The court issued it Memorandum Opinion and Order (MOO) (Doc. 194) on March 31, 2022; and issued a Supplemental Order ("Order") (Doc. 195) on April 4, 2022 (collectively, "the Orders"). The Orders held that Lt. Mike Lewis was not entitled to qualified immunity. The court also ruled and disposed of other matters that are of no consequence regarding the appeal filed by Defendant Lewis on April 29, 2022.

On February 1, 2024, the United States Court of Appeals for the Fifth Circuit ("Fifth Circuit") reversed this court's holding that Defendant Lewis was not entitled to the defense of qualified immunity. On February 15, 2024, the Fifth Circuit issued a revised opinion; however, the revised opinion did not alter the holding of the Fifth Circuit's original opinion.

**Final Judgment – Page 1**

On March 7, 2024, Appellees (Plaintiffs in the district court) filed a petition for rehearing en banc, and the Fifth Circuit canceled the issuance date for the mandate. The Fifth Circuit denied the petition for rehearing en banc on June 26, 2024, reversed this court's judgment and remanded the case to the district court "for further proceedings in accordance with" its opinion.

The mandate issued on July 5, 2024, and the appellate record does not reflect that Plaintiff-Appellees have requested a cancellation, recall, or stay of the Fifth Circuit's mandate. Accordingly, in light of the Fifth Circuit's opinion and mandate, it is hereby **ordered**, **adjudged**, **and decreed** that the court **dismisses with prejudice** this action against Defendant-Appellant Mike Lewis and all other named Defendants; that Plaintiffs-Appellees take nothing against any named Defendant; that the clerk of court tax all allowable and reasonable costs incurred by all named Defendants against Plaintiffs-Appellees; that all relief not specifically granted herein is denied; and that the clerk of court close this action.

**Signed** this 16th day of July, 2024.

Sam A. Lindsay
United States District Judge